

# Fourth Court of Appeals
## San Antonio, Texas

February 18, 2014

No. 04-13-00885-CV

**IN RE** Gary A. **CAMPBELL**,

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-10935
Honorable Janet P. Littlejohn, Judge Presiding

### O R D E R

Appellant Gary A. Campbell, an inmate acting pro se, filed a petition for name change with the district court on July 1, 2013. The trial court denied his petition and Appellant filed a notice of appeal with this court on December 18, 2013.

On January 10, 2014, Appellant filed a "Request for Change of Name Certificate" with this court. Appellant already has an appeal pending with this court to review the trial court's order denying his name change.

If Appellant fully complies with the remaining requirements for a consideration of the merits of his appeal, this court will address those merits in its opinion and judgment. Appellant's request is DENIED as MOOT.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of February, 2014.

_____
Keith E. Hottle
Clerk of Court